AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2013 AUG 12  3: 29
DISTRICT OF UTAH
BY: _____
       DEPUTY CLERK

LUANITA ETSITTY-THOMPSON,             **JUDGMENT IN A CIVIL CASE**

v.

USA,

Case Number: 2:13-cv-00159-TS

IT IS ORDERED AND ADJUDGED

that plaintiff's complaint is dismissed for lack of jurisdiction.

August 12, 2013                          D. Mark Jones
*Date*                                   *Clerk of Court*

                                         *(By) Deputy Clerk*